UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:03-cr-01-T-17MAP

GUSTAVO VIVAS BETANCOURT.
_____/

## ORDER

THIS CAUSE is before this Court on Defendant's, Gustavo Vivas Betancourt, Motion to Reduce Sentence (Doc. 336). Defendant's Motion fails to identify any United States Sentencing Guidelines Amendment applicable to Defendant's case. Assuming *arguendo* that Defendant is referring to the retroactive application of amendments relating to cocaine base, the Defendant's sentence was not based in any part on the quantity of cocaine base.

As such, this Court agrees with the government. The United States Sentencing Guidelines Amendment involving cocaine base does not apply in the Defendant's case. Accordingly, it is:

**ORDERED** that Defendant's, Gustavo Vivas Betancourt, Motion to Reduce Sentence (Doc. 336) is **DENIED**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this ____th day of October, 2011.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.

1